UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUSTAVE BROWN,

                            Plaintiff,

                -against-

WARDEN CARTER; CAPTAIN GUERRA;
CAPTAIN JOHN; CAPTAIN HORTON,

                            Defendants.

21-CV-8981 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

Plaintiff, who is currently detained in the Vernon C. Bain Center (VCBC) on Rikers Island, brings this action *pro se*. He alleges that the conditions of his confinement at the VCBC violated his constitutional rights. By order dated November 24, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP).[1]

## DISCUSSION

### A.    Waiver of Service

The Court directs the Clerk of Court to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the following defendants waive service of summons: (1) VCBC Warden C. Carter; (2) Captain Horton, a VCBC Facility Storehouse Captain; and (3) Captain Guerra, the VCBC Housing Unit 3-AA Shift Supervisor.

### B.    "Captain John Doe"

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

sufficient information to permit the New York City Department of Correction (DOC) to identify

"Captain John Doe," a VCBC Captain supervising the intake area at VCBC on October 5, 2021.

It is therefore ordered that the New York City Law Department, which represents the DOC, must

ascertain the identity and badge number of "Captain John Doe," whom Plaintiff seeks to sue

here, and the address where that defendant may be served.[2] The New York City Law Department

must provide this information to Plaintiff and the Court within 60 days of the date of this order.

Within 30 days after receiving this information, Plaintiff must file an amended complaint

naming the newly identified individual as a defendant. The amended complaint will replace, not

supplement, the original complaint. An amended complaint form that Plaintiff should complete is

attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the

amended complaint and, if necessary, issue an order asking that defendant to waive service.

**CONCLUSION**

The Court directs the Clerk of Court to electronically notify the New York City

Department of Correction and the New York City Law Department of this order. The Court

requests that Defendants VCBC Warden C. Carter, and VCBC Captains Horton and Guerra

waive service of summons. An amended complaint form, for Plaintiff to complete after the John

Doe defendant is identified, is attached to this order.

---

[2] If "Captain John Doe" is a current or former DOC employee or official, the New York
City Law Department should note in the response to this order that an electronic request for a
waiver of service can be made under the e-service agreement for cases involving DOC
defendants, rather than by personal service at a DOC facility. If "Captain John Doe" is not a
current or former DOC employee or official, but otherwise works or worked at a DOC facility,
the New York City Law Department must provide a residential address where that individual
may be served.

The Court directs the Clerk of Court to mail a copy of this order and the complaint to New York City Law Department at 100 Church Street, New York, New York 10007. The Court further directs the Clerk of Court to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   December 22, 2021
         New York, New York

_____
RONNIE ABRAMS
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____

_____

_____

_____

_____

_____

_____

_____

\_\_\_\_ Civ. _____ ( \_\_\_\_ )

**AMENDED COMPLAINT**

Jury Trial:  ☐ Yes    ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1        Name _____

                       Street Address _____

                       County, City _____

                       State & Zip Code _____

                       Telephone Number _____


Defendant No. 2        Name _____

                       Street Address _____

                       County, City _____

                       State & Zip Code _____

                       Telephone Number _____


Defendant No. 3        Name _____

                       Street Address _____

                       County, City _____

                       State & Zip Code _____

                       Telephone Number _____


Defendant No. 4        Name _____

                       Street Address _____

                       County, City _____

                       State & Zip Code _____

                       Telephone Number _____


## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

      ☐ Federal Questions            ☐ Diversity of Citizenship


B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

      _____

      _____


C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship _____

      Defendant(s) state(s) of citizenship _____

      _____

### III.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur?  _____

_____

B.      What date and approximate time did the events giving rise to your claim(s) occur?  _____

_____
_____

C.      Facts:   _____
_____

| What happened to you? |
_____
_____
_____

| Who did what? |
_____
_____

_____
_____
_____

| Was anyone else involved? |
_____

| Who else saw what happened? |
_____
_____
_____

### IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  _____
_____
_____
_____
_____
_____

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are

seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.


                              Signature of Plaintiff     _____

                              Mailing Address            _____

                                                         _____

                                                         _____

                              Telephone Number           _____

                              Fax Number *(if you have one)*   _____


<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners
        must also provide their inmate numbers, present place of confinement, and address.


<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.


                              Signature of Plaintiff:    _____

                              Inmate Number              _____